## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Sheryll Poris                                CHAPTER 13

<u>Debtor(s)</u>

BKY. NO. 17-13549 ELF

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of FREEDOM MORTGAGE CORPORATION and index same on the master mailing list.

Respectfully submitted,

/s/ <u>Rebecca Solarz</u>

Rebecca Solarz
10 Nov 2020, 13:48:09, EST

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322